THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE BROOKLYN UNION GAS COMPANY, Respondent, *v.* MARTIN W. LITTLETON, as President of the Borough of Brooklyn, et al., Appellants.

*People ex rel. Brooklyn Union Gas Co.* v. *Littleton,* 110 App. Div. 728, affirmed.

(Argued June 5, 1906; decided June 19, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made January 12, 1906, which affirmed an order of Special Term granting a motion for a peremptory writ of mandamus to compel defendants to issue and deliver to relator permits to open Flatbush avenue in the borough of Brooklyn for the purpose of laying gas mains.

*John J. Delany, Corporation Counsel* (*James D. Bell* of counsel), for appellants.

*William N. Dykman* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER and HISCOCK, JJ. Absent: CHASE, J.